MAY 8, 2002

No. 01–9572 (01A846). REEVES v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

MAY 9, 2002

No. 01–8240. MARTIN v. CAIN, WARDEN, *ante*, p. 961. Petition for rehearing denied.

MAY 10, 2002

No. 01A878. MARTIN v. CAIN, WARDEN. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied.

No. 01–10115 (01A877). IN RE MARTIN. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

No. 01–10095 (01A872). MARTIN v. LOUISIANA. Sup. Ct. La. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied.

MAY 13, 2002

No. 01M54. MOORE v. ARIZONA DEPARTMENT OF TRANSPORTATION/MOTOR VEHICLE DIVISION;

No. 01M55. CHAMBERS v. ATTORNEY GRIEVANCE COMMISSION; and

No. 01M56. RANDOLPH v. CLINTON ET AL. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.